HENRY S. RUSSELL, *Respondent, v.* JACOB J. VERITY, *Appellant.*—
Judgment reversed and new trial granted at Circuit, costs to
abide event. Reference vacated. Opinion by BARNARD, P. J.

JANE A. SHEPARD, *Respondent, v.* MORRIS HAZARD, *Appellant.*—
Judgment reversed and new trial granted, costs to abide event.
Opinion by GILBERT, J.

HENRY W. BULKLEY, *Respondent, v.* WILLIAM MATTHEWS, *Appel-
lant.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.

WILLIAM H. DENIKE, *Respondent, v.* THE ORANGE COUNTY MUTUAL
INSURANCE COMPANY, *Appellant.* — Judgment and order denying
new trial reversed and new trial granted, costs to abide event.
Opinion by BARNARD, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ANDREW MCSHANE
*v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE IN THE CITY
OF BROOKLYN, and his deputy.— Order dismissing relator reversed,
without costs. Opinion by GILBERT, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ROBERT J. FUREY
*v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE IN THE CITY
OF BROOKLYN, and his deputy.— Order dismissing relator reversed,
without costs. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EBEN H. SHUTE *v.*
THE COMMISSIONERS OF THE DEPARTMENT OF FIRE IN THE CITY OF
BROOKLYN, and his deputy. — Order removing relator reversed,
without costs. Opinion by BARNARD, P. J.

WILLIAM H. RICKETTS, *as Receiver, etc., Appellant, v.* GERHARD
WESSELS, *Respondent.* — The case sent back to referee for further
report according to section 1022, Code, and leave given to appel-
lant to except to findings. Opinion by GILBERT, J.; order to be
settled by him.

ABRAM BIKER, *Appellant, v.* HENRY HILTON and WILLIAM LIBBY,
*Respondents.* — Judgment reversed, and new trial granted, costs
to abide event. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error, v.*
THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COM-
PANY, *Plaintiffs in Error.* — Judgment reversed, and new trial
granted. Opinion by GILBERT, J.; BARNARD, P. J., dissenting.